**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jaime TOLENTINO–TAVERA, Defendant—Appellant.**

**No. 02–10276.**

**D.C. No. CR–01–00137–DWH.**

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted Feb. 14, 2003.*

Decided Feb. 19, 2003.

Before TROTT, RYMER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Jaime Tolentino–Tavera challenges the district court's use of Ninth Circuit Model Criminal Jury Instruction 9.2. We have previously approved the use of this instruction. *United States v. Barajas–Montiel*, 185 F.3d 947, 953–54 (9th Cir.1999). We have also held that actual transportation under 8 U.S.C. § 1324(a)(1)(A)(ii) is a general, not specific, intent crime. *United States v. Ramirez–Martinez*, 273 F.3d 903, 914 (9th Cir.2001). Accordingly, there was no error.

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.